

Tom C. Meers, Jacksonville, Fla., for defendant-appellant.

John L. Briggs, U. S. Atty., M. D. of Florida, Allan P. Clark, Asst. U. S. Atty., M. D. of Florida, for plaintiff-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**William A. GATES, Jr., Plaintiff-Appellant,**

v.

**The CONTINENTAL INSURANCE COMPANY (Fidelity-Phenix Insurance Company), Defendant-Appellee.**

No. 29176

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Aug. 20, 1970.

Rehearing Denied Sept. 11, 1970.

A. Deutsche O'Neal, Philip E. Henderson, O'Neal, Waitz & Henderson, Houma, La., for plaintiff-appellant.

W. K. Christovich, Christovich & Kearney, New Orleans, La., for defendant-appellee.

Malcolm B. Robinson, Jr., New Orleans, La., for intervenor.

Before THORNBERRY, COLEMAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Goodman WALKER, Petitioner-Appellant,**

v.

**Louie L. WAINWRIGHT, Director, Division of Corrections, State of Florida, Respondent-Appellee.**

No. 29545

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Aug. 31, 1970.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.